UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 JUL -3 PM 4:14
CLERK US...
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>ESTEBAN JIMENEZ ORANTES (1),<br><br>                Defendant. | CASE NO. 12CR1702-L<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

XX   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

XX   of the offense(s) as charged in the Indictment:

    21:952 AND 960 - IMPORTATION OF MARIJUANA

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 2, 2012

M. James Lorenz
U.S. District Judge